IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO: 3:11-1136-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| HOPE C. BINGHAM SUGGS f/k/a | ) | |
| HOPE C. BINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

It appears Plaintiff has heretofore filed its complaint in the above-entitled matter. It further appears that the Plaintiff seeks to dismiss this action.

Now, therefore, upon Plaintiff's motion which is made pursuant to Rule 41(a)(2), of the Federal Rules of Civil Procedure, and for good cause shown, it is,

ORDERED, that the complaint in this action be, and the same hereby is, dismissed and the action ended, without prejudice.

IT IS SO ORDERED.

July 15, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge